# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter   1 |
| Antoinette R. Byrd | | |
| fka Antoinette R. Alexander | | |
| | : | |
| | : | |
| Debtor | : | Bankruptcy No.   22-10868-amc |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 4/5/2022 and extended to 5/2/2022, this case

is hereby DISMISSED.

**Date: May 6, 2022**

_____
Judge Ashely M. Chan
United States Bankruptcy Judge

Missing Documents:   Attorney Disclosure Statement
Chapter13 Plan
Schedules A/B-J
Statement of Financial Affairs
Summary of Assets & Liabilities B106
Chapter 13 Income Form 122C-1
Means Test Calculation 122C-2

bfmisdoc